IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WACHOVIA BANK, NATIONAL
ASSOCIATION,

    Plaintiff,

vs.                                           CASE NO. 5:08-cv-128/RS/EMT

RCP No. 3, LLC; GEORGE F.
CHANDLER; and STEPHEN M.
HORNYAK,

    Defendant.
_____/

## ORDER

Before me is Plaintiff's Unopposed Motion to Voluntarily Dismiss Action (Doc. 36) and Plaintiff's Notice of Filing Certificate of Compliance (Doc 39).

**IT IS ORDERED:**

1.     This case is **dismissed without prejudice.**

2.     The clerk is directed to close the file.

**ORDERED** on April 5, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**